IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40701
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                    Plaintiff-Appellee,

versus

DONALD LEE KAMINSKI,

                                    Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-95-CR-90-5
- - - - - - - - - -
December 9, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

        Donald Lee Kaminski appeals his sentence following a guilty plea to conspiracy to engage in hostage taking.  Kaminski argues that the district court erroneously enhanced his sentence because it was not reasonably foreseeable to Kaminski that his co-conspirators would use a weapon, injure the victim, and make a demand for ransom.  The district court's determination that Kaminski's coconspirators' actions were reasonably foreseeable is not clearly erroneous.  United States v. Gaytan, 74 F.3d 545, 559 (5th Cir.), cert. denied, 117 S. Ct. 77, 506 (1996).

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.